**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
ROSE WILLIAMS,                   )    No. CV 11-2634-CW
                                 )
          Plaintiff,             )    JUDGMENT
                                 )
     v.                          )
                                 )
MICHAEL J. ASTRUE,               )
Commissioner, Social Security    )
Adminstration,                   )
                                 )
          Defendant.             )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: May 1, 2012

_____
CARLA M. WOEHRLE
United States Magistrate Judge