1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  JEAN M. TURK [C.S.B.N. 131517]
   SPECIAL ASSISTANT UNITED STATES ATTORNEY
5  160 Spear St., Suite 800
   San Francisco, CA  94105
6  Telephone: 415-977-8973;Facsimile: 415-744-0134
7  E-mail: jean.turk@ssa.gov

8  Attorneys for Defendant

9  Laura E. Krank
10 Attorney at Law: 220208
   Law Offices of Rohlfing & Kalagian, LLP
11 211 East Ocean Boulevard, Suite 420
12 Long Beach, CA 90802
   Tel.: (562)437-7006
13 Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
14

15 Attorneys for Plaintiff

16

17              **UNITED STATES DISTRICT COURT**

18              **CENTRAL DISTRICT OF CALIFORNIA**

19

20 ROSE WILLIAMS,                    ) Case No.:CV11-02634 CW
                                     )
21         Plaintiff,                ) {PROPOSED} ORDER AWARDING
                                     ) EQUAL ACCESS TO JUSTICE ACT
22    vs.                            ) ATTORNEY FEES AND EXPENSES
                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
23 MICHAEL J. ASTRUE,                )
   Commissioner of Social Security, )
                                     )
24        Defendant                  )
                                     )
25 _____   )

26

-1-

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, Costs, and Expenses:
3  IT IS ORDERED that fees and expenses in the amount of $4,500.00 as
4  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
5
6  DATE:   August 22, 2012           *Carla M. Woehrle*
7  ___
   THE HONORABLE CARLA WOEHRLE
8  UNITED STATES MAGISTRATE JUDGE

-2-